# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. FORTE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00533-GBC PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

　　　　Plaintiff John Valdez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on March 20, 2009. An order was issued on November 22, 2010, dismissing the amended complaint, with leave to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff was warned that if he failed to file an amended complaint in compliance with the order, this action would be dismissed, with prejudice, for failure to state any claims.

　　　　More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3  relief may be granted.  The Clerk's Office SHALL enter judgment against Plaintiff.  This dismissal
4  SHALL count as a strike under 28 U.S.C. § 1915(g).
5    IT IS SO ORDERED.

Dated:   January 11, 2011
                                    UNITED STATES MAGISTRATE JUDGE